UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DEBORAH CERKEZOGLU, on her own behalf and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SLED DISTRIBUTION, LLC, d/b/a MY MEDIC,<br><br>Defendant. | Case No.<br><br>**NOTICE OF REMOVAL** |

TO: THE CLERK OF COURT FOR THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

AND TO: PLAINTIFF AND ATTORNEYS OF RECORD

PLEASE TAKE NOTICE Pursuant to 28 U.S.C. § 1332, 1441, and 1446, SLED Distribution, LLC d/b/a My Medic, defendant, ("**Sled**" or "**Defendant**") hereby submits this Notice of Removal and respectfully requests that the above-entitled action be removed to the United States District Court for the Western District of Washington from the Superior Court of the State of Washington for the County of Grays Harbor. Sled takes this action without submitting to the jurisdiction of this Court and without waiving any available defenses including, without limitation, lack of jurisdiction, improper venue, or insufficient service of process. As set forth



SNELL & WILMER
600 University Street, Suite 310
Seattle, Washington 98101
206.741.1420

herein, removal has been timely and properly noticed, and the action is removable based on the following grounds:

## I. STATE COURT COMPLAINT

1. On November 26, 2025, Deborah Cerkezoglu, plaintiff, ("**Plaintiff**") filed her Complaint against Sled in the Superior Court of the State of Washington for the County of Grays Harbor, captioned as *Deborah Cerkezoglu v. Sled Distribution, LLC*, Case No. 25-2-00678-14. The Complaint in that action is filed contemporaneously.

## II. TIMELINESS OF REMOVAL

2. Defendant received a copy of the Complaint via FedEx on December 2, 2025. Sled has not been properly served with the Summons and Complaint.

3. This Notice of Removal is timely filed as it is filed less than one year from the date the action was commenced and within 30 days of receipt of the Complaint. 28 U.S.C. § 1446(b) & (c).

## III. DIVERSITY JURISDICTION

4. This Court has original jurisdiction of this action under 28 U.S.C. § 1332(a)(1), and the Defendant may remove it from state to federal court pursuant to 28 U.S.C. § 1441(a), because this action is between citizens of different states and involves a controversy that exceeds the sum or value of $75,000, exclusive of interest and costs.

### A. There is Complete Diversity of Citizenship Between the Parties.

5. Defendant is a Delaware limited liability company, with its principal place of business in Utah. For diversity purposes, a limited liability company takes the citizenship of all its members. *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).

6. At the time Plaintiff filed this action, and at all times since, Defendant's only member was Sled Investment Group, LLC, a Utah limited liability company. Sled Investment Group, LLC is owned by four member trusts, whose trustees are Sarah Welch, Landon Udy, Emily Barerra, and Devin Udy. Sarah Welch, Landon Udy, and Devin Udy are all domiciled in



SNELL & WILMER
600 University Street, Suite 310
Seattle, Washington 98101
206.741.1420

Utah. Emily Barerra is domiciled in Pennsylvania. Accordingly, Sled is a citizen of Utah and Pennsylvania.

7. Plaintiff is an individual domiciled in Washington.

8. Accordingly, pursuant to 28 U.S.C. § 1332, Plaintiff and Defendant have diverse citizenship.

**B. The Amount in Controversy Requirement is Satisfied.**

9. While Defendant denies any liability as to Plaintiff's claims and denies that any of Plaintiff's claims result in damages in excess of $75,000, the amount in controversy requirement is satisfied. Generally, the amount in controversy requirement is determined by the allegations of the complaint.

10. While Defendant disputes these allegations, the Plaintiff has brought this action on behalf of a putative class, which she alleges contains thousands of members. According to the allegations in the complaint, each of the members of the putative class received emails from Sled that Plaintiff alleges violate Washington consumer protection laws and carry a penalty of $500 per violation.

11. Accordingly, while Defendant disputes all Plaintiff's allegations, the amount in controversy requirement is satisfied.

## IV. SERVICE OF NOTICE OF REMOVAL

Notice of this Removal will promptly be served on Plaintiff and the Clerk of the Superior Court of the State of Washington for the County of Grays Harbor.

//

//

//

//

//

//



SNELL & WILMER
600 University Street, Suite 310
Seattle, Washington 98101
206.741.1420

WHEREFORE, pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant removes this action from the Superior Court of the State of Washington for the County of Grays Harbor to the United State District Court for the Western District of Washington.

Dated: December 31, 2025

SNELL & WILMER L.L.P.

By: *s/ Amit D. Ranade*
By: *s/Benjamin C. Woodruff*

Amit D. Ranade, WSBA # 34878
Benjamin C. Woodruff, WSBA # 56618
SNELL & WILMER L.L.P.
600 University Street, Suite 310
Seattle, WA 98101-3122
Telephone: 206.741.1420
aranade@swlaw.com

*Attorneys for Defendant*

CERTIFICATE OF SERVICE

I, Brenda Partridge, certify that on December 31, 2025, I caused to be served a copy of the foregoing document on the following parties, via the method indicated below:

Samuel J. Strauss
Raina C. Borrelli
Strauss Borrelli PLLC
980 N. Michigan Avenue Suite 1610
Chicago, IL 60611
(872) 263-1100
sam@straussborrelli.com
raina@straussborrelli.com

☐ Via Legal Messenger
☒ Via 1st Class US Mail
☐ Via Facsimile
☒ Via Email
☒ Via eService

Lynn A. Toops
Natalie A. Lyons
Ian R. Bensberg
Cohenmalad, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
(317) 636-6481
ltoops@cohenmalad.com
nlyons@cohenmalad.com
ibensberg@cohenmalad.com

☐ Via Legal Messenger
☒ Via 1st Class US Mail
☐ Via Facsimile
☒ Via Email
☒ Via eService

J. Gerard Stranch, IV
Michael C. Tackeff
Andrew K. Murray
Stranch, Jennings & Garvey, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
(615) 254-8801
gstranch@stranchlaw.com
mtackeff@stranchlaw.com
amurray@stranchlaw.com
*Attorneys for Plaintiff*

☐ Via Legal Messenger
☒ Via 1st Class US Mail
☐ Via Facsimile
☒ Via Email
☒ Via eService

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated this 31st day of December, 2025, at Seattle, Washington.

*s/Brenda Partridge*
Brenda Partridge

4918-5460-3653