# EXHIBIT 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DEBORAH CERKEZOGLU, on her own behalf and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SLED DISTRIBUTION, LLC, d/b/a MY MEDIC,<br><br>Defendant. | Case No. 3:25-cv-06189-MLP<br><br>**DEFENDANT'S INITIAL DISCLOSURES** |

Pursuant to FRCP 26(a)(1) and the Court's Order Regarding Initial Disclosures, Joint Status Report, Discovery, Depositions and Early Settlement, Defendant SLED Distribution, LLC d/b/a My Medic ("**Sled**"), through counsel, submits these initial disclosures ("**Disclosures**"):

The information disclosed herein is preliminary in nature due to the early stage of this litigation and is based upon information and knowledge presently and reasonably available to Sled. It is anticipated that further investigation and analysis may lead to additions and changes to the information contained in these Disclosures. Accordingly, Sled reserves the right to supplement these Disclosures pursuant to Rule 26(e) of the Federal Rules of Civil Procedure. These Disclosures are provided without prejudice to the right of Sled to produce witnesses, documents, or other evidence that Sled may later discover or believe to be relevant. These Disclosures are made without waiving: (1) the right to object on the grounds of competency, privilege, relevancy and materiality, proportionality, or any other proper ground or the right to object to the use of any information disclosed herein for any purpose, in whole or in part, in any subsequent proceeding in this action or in any other action; and (2) the right to object on any and all grounds, at any time, to any other discovery request or proceeding involving or relating to the



SNELL & WILMER
600 University Street, Suite 310
Seattle, Washington 98101
206.741.1420

subject matter of these disclosures consistent with the relevant governing Federal Rules of Civil Procedure.

**1. <u>DISCLOSURE OF INDIVIDUALS UNDER RULE 26(a)(1)(A)(i)</u>.**

| Name of Witness | Last Known Address | Subject Matter |
|---|---|---|
| Representative of Sled | Contact through counsel | • The allegations in the pleadings and the parties' claims in this lawsuit<br>• Sled's email marketing campaigns<br>• Sled's lack of knowledge or information regarding Plaintiff's residency |
| Landon Udy | Contact through counsel | • The allegations in the pleadings and the parties' claims in this lawsuit<br>• Sled's email marketing campaigns<br>• Sled's lack of knowledge or information regarding Plaintiff's residency |
| Jolynn Udy | Contact through counsel | • The allegations in the pleadings and the parties' claims in this lawsuit<br>• Sled's email marketing campaigns<br>• Sled's lack of knowledge or information regarding Plaintiff's residency |
| Deborah Cerkezoglu | Contact through counsel | • The allegations in the pleadings and the parties' claims in this lawsuit |

Sled provides these disclosures without waiving the right to call or seek discovery from individuals not listed above. Sled also reserves the right to call any witness identified in any Plaintiff's Rule 26(a)(1) initial disclosures.

**2. <u>DOCUMENT DISCLOSURE UNDER RULE 26(a)(1)(A)(ii)</u>.**



SNELL & WILMER
600 University Street, Suite 310
Seattle, Washington 98101
206.741.1420

All documents, electronically stored information, and tangible things in the possession, custody, or control of Sled and presently known to Sled which may be used to support its claims or defenses are produced herewith, as required by Rule 26(a)(1)(A)(ii).

Sled provides these disclosures without waiving the right to use or seek to introduce evidence, documents, or information that are not specifically listed above.

**3. COMPUTATION OF DAMAGES UNDER RULE 26(a)(1)(A)(iii).**

Sled has not asserted a claim for damages. However, Sled reserves the right seek its reasonable attorneys' fees and costs incurred defending against this action.

Sled reserves the right to supplement this disclosure as discovery progresses and additional evidence becomes available.

**4. INSURANCE AGREEMENTS UNDER RULE 26(a)(1)(A)(iv).**

None.



SNELL & WILMER
600 University Street, Suite 310
Seattle, Washington 98101
206.741.1420

Dated: April 6, 2026

DENTONS DURHAM JONES PINEGAR

By: */s/ Justin T. Rich*
Michael A. Gehret
Justin T. Rich
1557 W. Innovation Way, Suite 400
Lehi, Utah 84043
Telephone: 801.375.6600
mike.gehret@dentons.com
justin.rich@dentons.com

SNELL & WILMER L.L.P.

Amit D. Ranade, WSBA # 34878
Benjamin C. Woodruff, WSBA # 56618
SNELL & WILMER L.L.P.
600 University Street, Suite 310
Seattle, WA 98101-3122
Telephone: 206.741.1420
aranade@swlaw.com;
bwoodruff@swlaw.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2026, a copy of the foregoing document was delivered electronically via email on all counsel of record pursuant to FRCP 26(d)(2).

/s/ Kim Altamirano



SNELL & WILMER
600 University Street, Suite 310
Seattle, Washington 98101
206.741.1420