# EXHIBIT 11

# Deborah Theriault

shorelinegirl78@gmail.com • Boydton, Virginia, United States

**Details** Metrics and insights Lists and segments Objects

## Information

### Profile details

| | |
|---|---|
| **Unique ID** | 01GFFPNA3V4SC7ZK7WFP4WCHEW |
| **Locale** | en |
| **Location** | Boydton, Virginia, United States |
| **Timezone** | America/New_York |
| **IP Address** | 135.232.20.41 |

# Deborah Theriault

shorelinegirl78@gmail.com • Boydton, Virginia, United States

**Details** Metrics and insights Lists and segments Objects

## How they found you

| | |
|---|---|
| **Source** | - |
| **Campaign** | - |
| **Content** | - |
| **Term** | - |
| **Medium** | - |
| **Referrer** | - |
| **First page** | - |

## How they found you recently

| | |
|---|---|
| **Source** | - |
| **Campaign** | - |
| **Content** | - |
| **Medium** | - |
| **Term** | - |
| **Referrer** | - |
| **First page** | - |

Deborah + Cankat

OCTOBER 01, 2024



## WELCOME FAMILY AND FRIENDS

WE WELCOME ALL TO JOIN OUR EPIC JOURNEY AS WE LOOK FORWARD TO OUR WEDDING DAY SURROUNDED BY AMAZING FAMILY AND FRIENDS.

## WHEN

*Tuesday, October 1, 2024*



# WISHLIST

*Registry Items*



Round-Trip Airfare

Get us there and back!

$150

15 remaining

- 1 +

Add to Cart



Upgrade to First Class

Upgrade our honeymoon flight to first class

$100

15 remaining

- 1 +

Add to Cart



Resort Stay

To stay seven nights in luxury, we need your help!

$40

40 remaining

- 1 +

Add to Cart



Spa Day

We'll each have a 90-minute massage followed by a relaxing facial

$75

5 remaining

- 1 +

Add to Cart





Romantic Dinner

We'll share a table with a view, champagne included!

$75

5 remaining

- 1 +

Add to Cart

Souvenir Fund

We'll bring home souvenirs to always remember our honeymoon by

$25

20 remaining

- 1 +

Add to Cart

## Gift Cards




Hotels.com

Gift cards never go out of style!

$10 - $500




Uber

Gift cards never go out of style!

$15 - $500

Add to Cart

Amazon

Gift cards never go out of style!

$10 - $2000

Add to Cart

## GIFT ANY AMOUNT

*Contribute to our Journey!*

HELP US CREATE OUR DREAM WEDDING AND HONEYMOON EXPERIENCE WITH ANY AMOUNT OF DONATION!

Give

## CONTACT US

*Get in Touch*

CONTACT DEBORAH & CANKAT VIA EMAIL.

## SAY HELLO

*Guest Book*

Sign guest book...

A message from

Honeyfund

When you **GIVE** the couple receives **CASH FUNDS** or **GIFT CARDS** (their choice) to make their dreams come true.

Learn more about Honeyfund's simple cash-powered wedding registry.

© 2005-2026 Honeyfund.com, Inc. All rights reserved. Use of Honeyfund constitutes acceptance of our Terms of Use and Privacy Policy.

English

ICANN | LOOKUP (/en)

# Registration data lookup tool

Enter a domain name or an Internet number resource (IP Network or ASN)

Frequently Asked Questions (FAQ) (/en/faq)

gmail.com

Lookup

By submitting any personal data, I acknowledge and agree that the personal data submitted by me will be processed in accordance with the ICANN Privacy Policy (https://www.icann.org/privacy/policy), and agree to abide by the website Terms of Service (https://www.icann.org/privacy/tos) and the registration data lookup tool Terms of Use (unsafe:javascript:void(0)).

For additional information on ICANN Accredited Registrars including website and contact information, please visit https://www.icann.org/en/accredited-registrars (https://www.icann.org/en/accredited-registrars).

If the registration data you are seeking is not provided in the lookup results, please use the Registration Data Request Service (RDRS) (https://rdrs.icann.org/) to submit a request for nonpublic registration data. RDRS is intended for use by requestors with a legitimate interest in accessing nonpublic registration data.

## Domain Information

**Name:** GMAIL.COM

**Registry Domain ID:** 4667231_DOMAIN_COM-VRSN

**Domain Status:**
clientDeleteProhibited (https://icann.org/epp#clientDeleteProhibited)
clientTransferProhibited (https://icann.org/epp#clientTransferProhibited)
clientUpdateProhibited (https://icann.org/epp#clientUpdateProhibited)
serverDeleteProhibited (https://icann.org/epp#serverDeleteProhibited)
serverTransferProhibited (https://icann.org/epp#serverTransferProhibited)
serverUpdateProhibited (https://icann.org/epp#serverUpdateProhibited)

**Nameservers:**
NS1.GOOGLE.COM
NS2.GOOGLE.COM
NS3.GOOGLE.COM
NS4.GOOGLE.COM

## Dates

**Registry Expiration:** 2026-08-12 04:00:00 UTC

**Registrar Expiration:** 2026-08-12 07:00:00 UTC

**Updated:** 2025-07-11 10:10:56 UTC

**Created:** 1995-08-13 04:00:00 UTC

## Contact Information

### Registrant:

**Name:** REDACTED REGISTRANT

**Organization:** Google LLC

**Email:** REDACTED FOR PRIVACY

**Phone:** REDACTED FOR PRIVACY

**Mailing Address:** REDACTED FOR PRIVACY, REDACTED FOR PRIVACY, REDACTED FOR PRIVACY

**ISO-3166 Code:** US

**Contact Uri:** https://domains.markmonitor.com/whois/contact/gmail.com (https://domains.markmonitor.com/whois/contact/gmail.com)

***Redacted for privacy:***
*some of the data in this object has been removed.*

### Technical:

**Contact Uri:** https://domains.markmonitor.com/whois/contact/gmail.com (https://domains.markmonitor.com/whois/contact/gmail.com)

***Redacted for privacy:***
*some of the data in this object has been removed.*

## Registrar Information

**Name:** Markmonitor Inc.

**IANA ID:** 292

**Abuse contact phone:** +1.2086851750

**About the Registrar:** https://www.markmonitor.com/about-us/ (https://www.markmonitor.com/about-us/)

## DNSSEC Information

**Delegation Signed:** Unsigned

## Authoritative Servers

**Registry Server URL:** https://rdap.verisign.com/com/v1/domain/gmail.com (https://rdap.verisign.com/com/v1/domain/gmail.com)

**Last updated from Registry RDAP DB:** 2026-03-25T20:53:39Z

**Registrar Server URL:** https://rdap.markmonitor.com/rdap/domain/GMAIL.COM (https://rdap.markmonitor.com/rdap/domain/GMAIL.COM)

**Last updated from Registrar RDAP DB:** 2026-03-25T20:53:39Z

## Notices and Remarks

### Remarks:

**REDACTED FOR PRIVACY**

Some of the data in this object has been removed.

### Notices:

**Terms of Use**

By submitting an RDAP query, you agree that you will use this data only for
lawful purposes and that, under no circumstances will you use this data to:
(1) allow, enable, or otherwise support the transmission by email, telephone,
or facsimile of mass, unsolicited, commercial advertising, or spam; or
(2) enable high volume, automated, or electronic processes that send queries,
data, or email to Markmonitor (or its systems) or the domain name contacts (or
its systems).
Markmonitor reserves the right to modify these terms at any time.
By submitting this query, you agree to abide by this policy.
Markmonitor Domain Management(TM)
Protecting companies and consumers in a digital world.
Visit Markmonitor at https://www.markmonitor.com
Contact us at +1.8007459229
In Europe, at +44.02032062220

https://www.markmonitor.com/legal/domain-management-terms-and-conditions (https://www.markmonitor.com/legal/domain-management-terms-and-conditions)

**Status Codes**

For more information on domain status codes, please visit https://icann.org/epp

https://icann.org/epp (https://icann.org/epp)

**RDDS Inaccuracy Complaint Form**

URL of the ICANN RDDS Inaccuracy Complaint Form: https://icann.org/wicf

https://icann.org/wicf (https://icann.org/wicf)

© Internet Corporation for Assigned Names and Numbers. Privacy Policy (https://www.icann.org/privacy/policy) Terms of Service (https://www.icann.org/privacy/tos) Cookies Policy (https://www.icann.org/privacy/cookies)