IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DEBORAH CERKEZOGLU, on her own behalf and on behalf of others similarly situated,

Plaintiff,

v.

SLED DISTRIBUTION, LLC, d/b/a MY MEDIC,

Defendant.

Case No. 3:25-CV-6189-BHS

The Honorable Benjamin H. Settle

**ORDER GRANTING THE PARTIES' STIPULATED MOTION TO EXTEND DEADLINES ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (DKT. 20)**

THIS MATTER comes before the Court on the Parties' Stipulated Motion to re-note Defendant's Motion for Summary Judgment (Dkt. 20) for October 1, 2026 and set the deadline for Plaintiff's Response to the Motion for Summary Judgment and Defendant's Reply on September 17, 2026 and October 1, 2026, respectively.

The Court having reviewed the Stipulated Motion finds good cause to extend and set the deadlines as requested. The Court hereby ORDERS that:

1. Defendant's Motion for Summary Judgment (Dkt. 20) is re-noted for October 1, 2026;

2. The deadline for Plaintiff's Response to Defendant's Motion for Summary Judgement will be September 17, 2026; and

3. The deadline for Defendant's Reply in support of the Motion for Summary Judgment will be October 1, 2026.

IT IS SO ORDERED.

Dated this 7th day of August, 2026.

BENJAMIN H. SETTLE
United States District Judge